# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| CASUN INVEST, A.G., | ) | |
| Plaintiff, | ) | Case No. 2:16-cv-02925-JCM-GWF |
| vs. | ) | **ORDER** |
| MICHAEL PONDER, *et al.*, | ) | |
| Defendants. | ) | |

This matter is before the Court on Defendant NVWS Properties, LLC's failure to file a Certificate as to Interested Parties as required by LR 7.1-1. The Answer (ECF No. 4) in this matter was filed January 11, 2017. LR 7.1-1 requires that pro se parties and attorneys for private non-governmental parties must, upon entering a case, file a certificate as to interested parties, listing all persons, firms, partnerships or corporations, known to have a direct, pecuniary interest in the outcome of the case, including the names of all parent subsidiary, affiliate and/or insider of the named non-individual parties. If there are no known interested parties, other than those participating in the case, a statement to that effect must be filed. To date, Defendant has failed to comply. Accordingly,

**IT IS ORDERED** that Defendant NVWS Properties, LLC shall file its Certificate as to Interested Parties, which fully complies with LR 7.1-1 no later than **February 6, 2017.** Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 30th day of January, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge