DONNA DIMAGGIO, ESQ.
Nevada Bar No. 9794
E-mail: ddimaggio@nevadafirm.com
HOLLEY DRIGGS WALCH
FINE WRAY PUZEY & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone:   702/791-0308
Facsimile:    702/791-1912

*Attorney for Plaintiff*
*NVWS Properties, LLC, Lezlie Gunn and*
*Michael H. Ponder*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CASUN INVEST, A.G., a Swiss corporation,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL H. PONDER, an individual; LEZLIE GUNN, an individual; and NVWS PROPERTIES LLC, a Nevada limited liability company,<br><br>Defendants. | CASE NO.: 2:16-CV-02925-JCM-GWF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT/THIRD-PARTY PLAINTIFF'S OPPOSITION TO THIRD-PARTY DEFENDANT'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND FORUM NON CONVENIENS AND THIRD-PARTY DEFENDANT'S REPLY IN SUPPORT OF MOTION TO DISMISS (FIRST REQUEST)** |
| LEZLIE GUNN, an individual,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>HANS-PETER WILD, an individual,<br><br>Third-Party Defendant. | |

Pursuant to LR IA 6-1, 6-2, and LR 7-1, Defendant/Third-Party Plaintiff LEZLIE GUNN, by and through her attorneys, the law firm of HOLLEY DRIGGS WALCH FINE WRAY PUZEY & THOMPSON, and Third-Party Defendant, HANS-PETER WILD , by and through his attorneys, the law firm of KOLESAR & LEATHAM, stipulate to extend the deadline for Defendant/Third-Party Plaintiff's Opposition to Third-Party Defendant's

- 1 -

11949-01/1819934.doc

Motion to Dismiss for Lack of Jurisdiction and Forum Non Conveniens ("Opposition") to May 5, 2017 and Third-Party Defendant's Reply in support of Motion to Dismiss for Lack of Jurisdiction and Forum Non Conveniens to May 19, 2017. The Motion to Dismiss for Lack of Jurisdiction and Forum Non Conveniens was filed on April 6, 2017. *See* ECF No. 20.

Defendant/Third-Party Plaintiff and Third-Party Defendant stipulate to extend the deadlines in order to provide additional time given other deadlines in cases involving these parties. This is the first stipulation for an extension of time for these deadlines.



| DATED this 11th day of April, 2017. | DATED this 11th day of April, 2017. |
|---|---|
| **HOLLEY DRIGGS WALCH FINE WRAY PUZEY & THOMPSON** | **KOLESAR & LEATHAM** |
| By: /s/ *Donna DiMaggio*<br>DONNA DIMAGGIO, ESQ.<br>Nevada Bar No. 9794<br>400 S. 4th Street, 3rd fl.<br>Las Vegas, NV 89101<br>*Attorneys for Defendant/Third-Party Plaintiff Lezlie Gunn* | By:/s/*Ryan T. Gormley*<br>AARON R. MAURICE, ESQ.<br>Nevada Bar No. 6412<br>BRITTANY WOOD, ESQ.<br>Nevada Bar No. 7562<br>RYAN T. GORMLEY, ESQ.<br>Nevada Bar No. 13494<br>400 S. 4th Street, 3rd fl.<br>Las Vegas, NV 89101<br>*Attorneys for Third-Party Defendant Hans-Peter Wild* |

<u>**ORDER**</u>

IT IS SO ORDERED.

DATED: April 12, 2017.

_____
UNITED STATES DISTRICT JUDGE

- 2 -
11949-01/1819934.doc

## CERTIFICATE OF SERVICE

I am an employee of Holley Driggs Walch Fine Wray Puzey & Thompson and on April 11, 2017, I caused a true and correct copy of the foregoing **STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT/THIRD-PARTY PLAINTIFF'S OPPOSITION TO THIRD-PARTY DEFENDANT'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND FORUM NON CONVENIENS AND THIRD-PARTY DEFENDANT'S REPLY IN SUPPORT OF MOTION TO DISMISS (FIRST REQUEST)** to be served in the following manner:

☒ ELECTRONIC SERVICE: Pursuant to Local Rule LR 5-4 of the United States District Court for the District of Nevada, the above-referenced document was electronically filed and served on all appearing parties through the Notice of Electronic Filing automatically generated by the Court.

Aaron R. Maurice, Esq.
Brittany Wood, Esq.
Ryan T. Gormley, Esq.
**KOLESAR & LEATHAM**
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
*Attorneys for Third-Party Defendant*
*Hans-Peter Wild*

By: /s/ S. Renee Hoban

11949-01/1819934.doc