# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CASUN INVEST, A.G., | ) |
| Plaintiff, | ) Case No. 2:16-cv-02925-JCM-GWF |
| vs. | ) **ORDER** |
| MICHAEL PONDER, *et al.*, | ) |
| Defendants. | ) |

This matter is before the Court on the parties' Stipulation to Continue Hearing (ECF No. 47), filed on November 2, 2017. Upon review and consideration, and with good cause appearing therefor,

**IT IS HEREBY ORDERED** that the parties' Stipulation to Continue Hearing (ECF No. 47) is **granted**. The motion hearing is *RESCHEDULED* for **Tuesday, November 21, 2017 at 9:30 a.m.** in LV Courtroom 3A.

DATED this 6th day of November, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge