AARON R. MAURICE, ESQ.
Nevada Bar No. 006412
WILLIAM D. SCHULLER, ESQ.
Nevada Bar No. 011271
RYAN T. GORMLEY, ESQ.
Nevada Bar No. 013494
**KOLESAR & LEATHAM**
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
E-Mail:   amaurice@klnevada.com
             wschuller@klnevada.com
             rgormley@klnevada.com

Attorneys for Third-Party Defendant,
HANS-PETER WILD

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CASUN INVEST, A.G., a Swiss corporation,<br><br>             Plaintiff,<br><br>vs.<br><br>MICHAEL H. PONDER, an individual;<br>LEZLIE GUNN, an individual; and NVWS<br>PROPERTIES LLC, a Nevada limited liability<br>company,<br><br>             Defendants. | CASE NO.: 2:16-cv-02925-JCM-GWF<br><br>**STIPULATION AND ORDER TO RESCHEDULE THE MARCH 22, 2018 HEARING SET BY ECF NO. 80 (FIRST REQUEST)** |
| LEZLIE GUNN, an individual,<br><br>             Third-Party Plaintiff,<br><br>vs.<br><br>HANS-PETER WILD, an individual,<br><br>             Third-Party Defendant. | |

      Pursuant to LR IA 6-1, 6-2, and LR 7-1, Plaintiff Casun Invest, A.G., Third-Party Defendant Hans-Peter Wild, Defendants Michael H. Ponder, Lezlie Gunn, and NVWS Properties, LLC, and Third-Party Plaintiff Lezlie Gunn, by and through their undersigned

counsel (collectively the "Parties"), stipulate to reschedule the March 22, 2018 hearing set by ECF No. 80 to a later date. On February 20, 2018, Third-Party Plaintiff Lezlie Gunn filed a Motion for Leave to File Amended Third-Party Complaint ("Motion"). See ECF No. 77. The Court set the Motion for a hearing on March 22, 2018 at 9:30 a.m. ("Hearing"). See ECF No. 80. The Parties stipulate to reschedule the Hearing due to pre-planned travel on March 22nd and 23rd. After conferring, the Parties respectfully request that the Court reschedule the Hearing for March 29, 2018 at any time or March 30, 2018 after 11:00 a.m. To the extent that these mutually agreed upon dates and times do not work for the Court, the Parties respectfully request that the Court schedule a call for the purposes of rescheduling the Hearing. This is the first stipulation to reschedule the Hearing.

| DATED this 22nd day of February, 2018. | DATED this 22nd day of February, 2018. |
|---|---|
| **KOLESAR & LEATHAM** | **HOLLEY DRIGGS WALCH FINE WRAY PUZEY & THOMPSON** |
| By /s/ Aaron R. Maurice<br>AARON R. MAURICE, ESQ.<br>Nevada Bar No. 006412<br>WILLIAM D. SCHULLER, ESQ.<br>Nevada Bar No. 011271<br>RYAN T. GORMLEY, ESQ.<br>Nevada Bar No. 013494<br>400 South Rampart Boulevard, Suite 400<br>Las Vegas, Nevada 89145<br><br>Attorneys for Plaintiff and<br>Third-Party Defendant | By /s/ Donna DiMaggio<br>DONNA DIMAGGIO, ESQ.<br>Nevada Bar No. 009794<br>BRIAN W. BOSCHEE, ESQ.<br>Nevada Bar No. 007612<br>400 South Fourth Street, Third Floor<br>Las Vegas, Nevada 89101<br><br>Attorneys for Defendants and<br>Third-Party Plaintiff |

## ORDER

IT IS SO ORDERED:

Executed this 23rd day of February, 2018

_____
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5, LR IC4-1, and LR 5-1, I hereby certify that I am an employee of Kolesar & Leatham, and that on the 22nd day of February, 2018, I caused to be served a true and correct copy of the foregoing **STIPULATION AND ORDER TO RESCHEDULE THE MARCH 22, 2018 HEARING SET BY ECF NO. 80 (FIRST REQUEST)** in Case No. 2:16-cv-02925-JCM-GWF in the following manner:

The Court's Electronic Filing System to all parties on the current service list:

Brian W. Boschee, Esq.
Donna DiMaggio, Esq.
Holley Driggs Walch Fine Wray Puzey & Thompson
400 S. Fourth Street, Third Floor
Las Vegas, Nevada 89101
*Attorneys for Defendants and*
*Third-Party Plaintiff*

/s/ *Susan A. Owens*
An Employee of KOLESAR & LEATHAM

2829963 (9914-1)