AARON R. MAURICE, ESQ.
Nevada Bar No. 006412
WILLIAM D. SCHULLER, ESQ.
Nevada Bar No. 011271
**KOLESAR & LEATHAM**
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
E-Mail:   amaurice@klnevada.com
          wschuller@klnevada.com

Attorneys for Plaintiff and Third-Party,
Defendant, HANS-PETER WILD

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CASUN INVEST, A.G., a Swiss corporation, | CASE NO.: 2:16-cv-02925-JCM-GWF |
| Plaintiff, | |
| vs. | **REQUEST FOR REMOVAL OF A FORMER ATTORNEY FROM ECF SERVICE LIST** |
| MICHAEL H. PONDER, an individual; LEZLIE GUNN, an individual; and NVWS PROPERTIES LLC, a Nevada limited liability company, | |
| Defendants. | |
| LEZLIE GUNN, an individual, | |
| Third-Party Plaintiff, | |
| vs. | |
| HANS-PETER WILD, an individual, | |
| Third-Party Defendant. | |

///

///

///

2859001 (9914-1)  Page 1 of 3

**REQUEST FOR REMOVAL OF A FORMER ATTORNEY FROM ECF SERVICE LIST**

Request is hereby made that Ryan T. Gormley, Esq., formerly with Kolesar & Leatham, be removed from the service list in this case. Notices should no longer be sent to the following e-mail addresses: rgormley@klnevada.com, rgormley@wwhgd.com, eibarra@wwhgd.com.

DATED this 3rd day of April, 2018.

KOLESAR & LEATHAM

By /s/ Aaron R. Maurice
AARON R. MAURICE, ESQ.
Nevada Bar No. 006412
WILLIAM D. SCHULLER, ESQ.
Nevada Bar No. 011271
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145

Attorneys for Plaintiff and Third-Party Defendant, HANS-PETER WILD

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5, LR IC4-1, and LR 5-1, I hereby certify that I am an employee of Kolesar & Leatham, and that on the 3rd day of April 2018, I caused to be served a true and correct copy of the foregoing **REQUEST FOR REMOVAL OF A FORMER ATTORNEY FROM ECF SERVICE LIST** in the following manner:

The Court's Electronic Filing System to all parties on the current service list:

Brian W. Boschee, Esq.
Donna DiMaggio, Esq.
Rachel E. Donn, Esq.
Holley Driggs Walch Fine Wray Puzey & Thompson
400 S. Fourth Street, Third Floor
Las Vegas, Nevada 89101
*Attorneys for Defendants*

Jason M. Wiley, Esq.
Wiley Petersen
1050 Indigo Drive, Suite 130
Las Vegas, Nevada 89145
*Attorneys for Interested Parties*

/s/ Susan A. Owens
An Employee of KOLESAR & LEATHAM

IT IS SO ORDERED:

George Foley Jr.
UNITED STATES MAGISTRATE JUDGE

DATED: 4/4/2018