AARON R. MAURICE, ESQ.
Nevada Bar No. 006412
BRITTANY WOOD, ESQ.
Nevada Bar No. 007562
ERIC D. WALTHER, ESQ.
Nevada Bar No. 013611
**KOLESAR & LEATHAM**
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
E-Mail:   amaurice@klnevada.com
          bwood@klnevada.com
          ewalther@klnevada.com

Attorneys for Plaintiff,
CASUN INVEST, A.G.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CASUN INVEST, A.G., a Swiss corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL H. PONDER, an individual; LEZLIE GUNN, an individual; and NVWS PROPERTIES LLC, a Nevada limited liability company,<br><br>Defendants. | CASE NO.: 2:16-cv-02925-JCM-GWF<br><br>**REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE PURSUANT TO THE HAGUE CONVENTION OF 18 MARCH 1970 ON THE TAKING OF EVIDENCE ABROAD IN CIVIL OR COMMERCIAL MATTERS** |
| LEZLIE GUNN, an individual,<br><br>Third-Party Plaintiff,<br><br>vs.<br><br>HANS-PETER WILD, an individual,<br><br>Third-Party Defendant. | |

# REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE PURSUANT TO THE HAGUE CONVENTION OF 18 MARCH 1970 ON THE TAKING OF EVIDENCE ABROAD IN CIVIL OR COMMERCIAL MATTERS

The United States District Court, District of Nevada ("the Court"), presents its compliments to the High Court and the Cantonal Court of Zug under the Hague Convention on the Taking of Evidence Abroad in Civil of Commercial Matters ("Hague Evidence Convention") and, pursuant to Article 17 of the Hague Evidence Convention, requests international judicial assistance to obtain evidence to be used in a civil proceeding before this Court in the above-captioned matter. This Court respectfully requests that the High Court of Zug forward this request to the Cantonal Court of Zug, that the latter recognize this Letter of Request from this Court and accompanying Commission, and that the Federal Department of Justice and Police authorizes the taking of evidence in the territory of Switzerland by the commissioners appointed for this purpose as developed below, in adherence to Article 17 of the Hague Evidence Convention and in the interest of comity.[1]

**A.** *Sender*

Office of the Clerk
United States District Court for the District of Nevada
Lloyd D. George Federal Courthouse
333 Las Vegas Boulevard South
Las Vegas, Nevada 89101
T: (702) 464-5400

**B.** *Central Authority of the Requested State*

Obergericht Zug
Rechtshilfe
Kirchenstrasse 6
Postfach 760
CH-6301 Zug
T: +41 41 723 62 20
F: +41 41 723 62 30

---

[1] Pursuant to Article 4 of the Hague Convention, this Letter of Request will be provided to the High Court of Zug with a German translation.

C. **Person to Whom the Authorized Commission is to be Returned**

Aaron R. Maurice, Esq.
Kolesar & Leatham
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
T: (702) 362-7800
F: (702) 362-9472

D. **Purpose of Evidence Sought and Requested Date of Receipt of the Response to the Letter of Request**

The requested commission will permit the collection of evidence to be used by the Plaintiff to support its claims and refute the testimony of the Defendants. Dr. Hans-Peter Wild has indicated that he is willing to voluntarily appear for his deposition in Zug, Switzerland on October 31, 2018. Accordingly, the Court requests a prompt response to this Letter of Request.

## I. HAGUE EVIDENCE CONVENTION REQUIREMENTS

This Court requests the assistance more specifically described herein as necessary in the interests of justice. In conformity with Article 3 of the Hague Evidence Convention, the undersigned applicant has the honor to submit the following request:

A. **Requesting Judicial Authority**

Office of the Clerk
United States District Court for the District of Nevada
Lloyd D. George Federal Courthouse
333 Las Vegas Boulevard South
Las Vegas, Nevada 89101
T: (702) 464-5400

B. **Central Authority of the Requested State**

Obergericht Zug
Rechtshilfe
Kirchenstrasse 6
Postfach 760
CH-6301 Zug
T: +41 41 723 62 20
F: +41 41 723 62 30

C. *Name of the Case and Identifying Number*

*Casun Invest, A.G. v. Ponder*, Civil Case No. 2:16-CV-02925-JCM-GWF

D. *Names and Addresses of the Parties and their Representatives*

1. <u>Plaintiff</u>

   Casun Invest, A.G.
   Dammstrasse 19
   CH-6300 Zug
   hrwild@schweigerlaw.ch

2. <u>Plaintiff's Representatives</u>

   Aaron R. Maurice, Esq.
   Brittany Wood, Esq.
   Eric D. Walther, Esq.
   Kolesar & Leatham
   400 S. Rampart Boulevard, Suite 400
   Las Vegas, Nevada 89145
   amaurice@klnevada.com
   bwood@klnevada.com
   ewalther@klnevada.com
   T: (702) 362-7800
   F: (702) 362-9472

3. <u>Defendants</u>

   Michael H. Ponder
   4045 South Buffalo Drive, #A101-283
   Las Vegas, Nevada 89147
   mikehponder@yahoo.com

   Lezlie Gunn
   4045 South Buffalo Drive, #A101-171
   Las Vegas, Nevada 89147
   lezlieusa@yahoo.com

   NVWS Properties LLC
   701 S. Carson Street, Suite 200
   Carson City, Nevada 89701
   lezlieusa@yahoo.com

4. <u>Defendants' Representatives</u>

   Brian W. Boschee, Esq.
   Donna DiMaggio, Esq.
   Holley Driggs Walch Fine Wray Puzey & Thompson
   400 S. Fourth Street, Third Floor
   Las Vegas, Nevada 89101
   bboschee@nevadafirm.com
   ddimaggio@nevadafirm.com

KOLESAR & LEATHAM
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472

T: (702) 791-0308
F: (702) 791-1912

5. *Third-Party Plaintiff*

Lezlie Gunn
4045 South Buffalo Drive, #A101-171
Las Vegas, Nevada 89147
lezlieusa@yahoo.com

6. *Third-Party Plaintiff's Representatives*

Brian W. Boschee, Esq.
Donna DiMaggio, Esq.
Holley Driggs Walch Fine Wray Puzey & Thompson
400 S. Fourth Street, Third Floor
Las Vegas, Nevada 89101
bboschee@nevadafirm.com
ddimaggio@nevadafirm.com
T: (702) 791-0308
F: (702) 791-1912

7. *Third-Party Defendant*

Dr. Hans-Peter Wild
Kirchenstrasse 4
CH-6300 Zug
wild@hpwh.ch

8. *Third-Party Defendant's Representatives*

Aaron R. Maurice, Esq.
Brittany Wood, Esq.
Eric D. Walther, Esq.
Kolesar & Leatham
400 S. Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
bboschee@nevadafirm.com
ddimaggio@nevadafirm.com
T: (702) 362-7800
F: (702) 362-9472

Dr. jur. Georg Naegeli
Dr. jur. Roman Baechler
Homburger AG
Prime Tower
Hardstrasse 201
CH-8005 Zurich
georg.naegeli@homburger.ch
roman.baechler@homburger.ch
T: +41 43 222 10 00
F: +41 43 222 15 00

### E. *Nature of the Proceedings and Summary of the Case and Relevant Facts*

The above-captioned case is a civil lawsuit brought by Plaintiff Casun Invest, A.G. ("Casun") against Defendants seeking money damages and equitable relief resulting from the fraudulent conveyance of a piece of real property. The Plaintiff's Complaint alleges the following causes of action against the Defendants: (1) constructive trust; (2) equitable lien; (3) unjust enrichment; (4) breach of fiduciary duty; (5) aiding and abetting breach of fiduciary duty, (6) constructive fraud, and (6) civil conspiracy.

The Complaint alleges that in April of 2013, Defendant Michael H. Ponder ("Ponder"), a Direktor of Plaintiff, executed a Grant Deed that conveyed real property in Woodside, California ("Woodside Property") to Defendant NVWS Properties LLC ("NVWS") (an entity owned and controlled by Defendant Lezlie Gunn ("Gunn")) without obtaining the approval of Casun's Board of Directors. The Grant Deed contained information indicating that the Woodside Property was sold for $1,500,000 (far below the property's fair market value). However, no sales proceeds were ever remitted by Ponder to Casun in connection with the purported sale.

The Defendants assert that Dr. Wild – who was neither an officer nor Direktor of Casun – somehow authorized Ponder to sell the Woodside Property and that Defendant Gunn provided jewelry to Dr. Wild as consideration for the purchase of the Woodside Property.

Gunn has filed a Third-Party Complaint against Dr. Wild alleging that Dr. Wild is contractually obligated to indemnify Gunn – even against damages caused by her own intentional misconduct.

Dr. Wild defends against the Third-Party Complaint by pointing out that the indemnity agreement relied upon by Gunn, by its plain terms, only applies to claims that relate to items that Gunn received or will receive from Dr. Wild and/or his estate (which is not how Gunn's entity – NVWS Properties LLC – acquired title to the Woodside Property) and, under Nevada law, an indemnification agreement only indemnifies an indemnitee as to the legal consequences of his/her negligent or intentional acts if the indemnification agreement explicitly states as much (which the indemnification agreement executed by Gunn an Dr. Wild does not).

The parties are currently engaged in discovery, where the parties exchange information concerning their claims and defenses. The Court accordingly has not addressed the merits of the allegations made in the case.

Plaintiff contends that the information sought by this request is available to the High Court of Zug. This Court respectfully requests that the High Court of Zug act on this request expeditiously.

### F. *Evidence to be Obtained*

Dr. Wild's testimony is relevant to Casun's claims and the defenses asserted by the Defendants, as well as to Gunn's third-party claim for indemnification. Accordingly, this Court respectfully request that the High Court of Zug recognize the attached Commission, so that the appointed commissioners may lawfully obtain testimony from Dr. Wild, who resides at Kirchenstrasse 4, CH-6300 Zug, on the following topics:

1. Dr. Wild's relationship with Gunn;
2. Dr. Wild's knowledge regarding Gunn's background;
3. Dr. Wild's involvement with Casun;
4. Dr. Wild's knowledge (if any) regarding the management of Casun in April of 2013;
5. Dr. Wild's knowledge (if any) regarding Casun's acquisition of the Woodside Property;
6. The litigation between Gunn and Calvin Gunn regarding the Woodside Property;
7. Dr. Wild's knowledge (if any) regarding the preparation of the Grant Deed purporting to convey Casun's interest in the Woodside Property to NVWS;
8. Dr. Wild's knowledge (if any) regarding Ponder's execution and delivery of the Grant Deed purporting to convey Casun's interest in the Woodside Property to NVWS ("Woodside Conveyance");

9. Dr. Wild's knowledge (if any) regarding the recording of the Grant Deed on April 25, 2013, in the Official Records of the County of San Mateo, California, as Instrument No. 2013-062730 ("Deed");

10. Dr. Wild's knowledge regarding Stephanie Mückenmüller's role as Ponder's assistant in April of 2013;

11. Dr. Wild's knowledge (if any) regarding Gunn's claim that she provided consideration in connection with the Woodside Conveyance;

12. Dr. Wild's knowledge (if any) regarding the documents produced by Gunn to try to support her claim regarding the consideration allegedly provided in connection with the Woodside Conveyance;

13. Dr. Wild's relationship with Ponder;

14. Dr. Wild's knowledge regarding Ponder's background;

15. Dr. Wild's opinion of Gunn's character for untruthfulness;

16. Dr. Wild's knowledge regarding Gunn's reputation for untruthfulness;

17. Dr. Wild's knowledge regarding specific instances in which Gunn has been untruthful;

18. Dr. Wild's opinion of Ponder's character for untruthfulness;

19. Dr. Wild's knowledge regarding specific instances in which Ponder has been untruthful; and

20. The Complaint filed by Casun in United States District Court, District of Nevada, on December 16, 2016, against Ponder, Gunn and NVWS.

Dr. Wild has executed a declaration indicating a willingness, under certain conditions, to be deposed on October 31, 2018, in Zug, Switzerland. <u>See</u> Declaration of Voluntary Appearance dated August 8, 2018, attached hereto as **Exhibit A**. As set forth in the Declaration of Voluntary Appearance, Dr. Wild's conditions are:

> (i) Any applicable provisions, rules or other measures imposed by Swiss law and/or the Hague Convention of 18 March 1970 on the taking of Evidence Abroad in Civil or Commercial Matters regarding the holding of depositions or

2951239 (9914-1)

otherwise obtaining evidence in Switzerland by a foreign authority will be strictly adhered to;

(ii) Any approval required from any Swiss governmental authority to conduct such deposition will be obtained prior to the commencement of the deposition; and

(iii) Upon [Dr. Wild's] request, the deposition will either be conducted in German or a German interpreter will be present to translate the questions and answers during the deposition.

Id.

As set forth in the Declaration of Voluntary Appearance, Dr. Wild is: (1) cooperating of his own accord; (2) knows that he cannot be subject to any coercive measures; (3) knows he cannot be forced to participate or to appear; and (4) knows that he has the right to invoke an exemption or a prohibition to give evidence provided for by either the laws of Switzerland or Nevada. Id.

### G. *Procedure for Obtaining Evidence*

If authorized, Dr. Wild's testimony will be obtained by the commissioners at the offices of a law firm in Zug, Switzerland, and will be under oath and recorded by video and stenography. As requested by Dr. Wild, the deposition will either be conducted in German or a German interpreter will be present to translate the questions and answers during the deposition.

## II. OTHER REQUIREMENTS

### A. *Information Regarding the Deposition (if permitted)*

1. <u>Notice to the competent authority of the date and time the evidence will be taken</u>

   If permitted, the deposition will be conducted on the morning of October 31, 2018.

2. <u>Notice to the persons from whom the evidence is sought</u>

   Dr. Wild will be given due notice (in German) of the fact that he is invited to give deposition testimony. Importantly, Dr. Wild has already consented to participate in the requested deposition. See Exhibit A.

### B. *Fees and Costs*

Plaintiff is responsible for reasonable copy costs and charges associated with the processing and handling of this request by the High Court of Zug. For the purpose of determining

2951239 (9914-1)

the Swiss Confederation, if future circumstances so require.

## III. CONCLUSION

This Court, in the spirit of comity and reciprocity, hereby requests international judicial assistance in the form of this Letter of Request seeking the testimony described herein, from the High Court of Zug. This Court extends to all judicial and other authorities of the Swiss Confederation the assurances of its highest consideration.

Dated: September 13, 2018

*George Foley Jr.*
The Honorable GEORGE W. FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE,
UNITED STATES DISTRICT COURT,
DISTRICT OF NEVADA

**EXHIBIT A**

Dr. Hans-Peter Wild, Kirchenstrasse 4, 6300 Zug, Switzerland

To
Aaron R. Maurice, Esq.
Kolesar & Leatham
400 S. Rampart Blvd., Suite 400
Las Vegas, NV 89145

Zug, Switzerland, 6 August 2018

Dear Mr. Maurice,

Reference is made to the proceedings filed by Casun Invest AG in United States District Court, District of Nevada, Case No. 2:16-cv-02925-JCM-GWF (*Case*).

I hereby confirm that I am prepared to voluntarily appear for a deposition in Switzerland to be held on 31 October 2018 initiated by the plaintiff, defendants or third-party plaintiff in the Case provided that:

(i) Any applicable provisions, rules or other measures imposed by Swiss law and/or the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters regarding the holding of depositions or otherwise obtaining evidence in Switzerland by a foreign authority will be strictly adhered to;

(ii) Any approval required from any Swiss governmental authority to conduct such deposition will be obtained prior to the commencement of the deposition; and

(iii) Upon my request, the deposition will either be conducted in German or a German interpreter will be present to translate the questions and answers during the deposition.

I hereby declare that by agreeing to and confirming the above:

(i) I am cooperating of my own accord;
(ii) I know that I cannot be subjected to any coercive measures;
(iii) I know that I cannot be forced to participate or to appear; and
(iv) I know that I have the right to invoke an exemption or a prohibition to give evidence provided for by either the laws of Switzerland or Nevada.

Kind regards

Dr. Hans Peter Wild