PHILIP M. HYMANSON, ESQ.
Nevada Bar No. 2253
HENRY J. HYMANSON, ESQ.
Nevada Bar No. 14381
**HYMANSON & HYMANSON**
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
Telephone: (702) 629-3300
Facsimile: (702) 629-3332
Email: phil@hymansonlawnv.com
hank@hymansonlawnv.com

JASON R. MAIER, ESQ.
Nevada Bar No. 8557
JOSEPH A. GUTIERREZ, ESQ.
Nevada Bar No. 9046
DANIELLE J. BARRAZA, ESQ.
Nevada Bar No. 13822
**MAIER GUTIERREZ & ASSOCIATES**
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
Telephone: (702) 629-7900
Facsimile: (702) 629-7925
Email: jrm@mgalaw.com
jag@mgalaw.com
djb@mgalaw.com

*Attorneys for Defendant/Third-Party Plaintiff*
*Lezlie Gunn and Defendants Michael H. Ponder*
*and NVWS Properties LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CASUN INVEST, A.G., a Swiss corporation, | Case No. 2:16-cv-02925-JCM-GWF |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE RE:** |
| vs. | |
| MICHAEL H. PONDER, and individual; LEZLIE GUNN, an individual; and NVWS PROPERTIES LLC, a Nevada limited liability company, | **(1) DEFENDANTS GUNN AND PONDER'S MOTION TO COMPEL [ECF NO. 175] &** |
| Defendants. | |

1

| | |
|---|---|
| LEZLIE GUNN, an individual,<br><br>Third-Party Plaintiff,<br><br>vs.<br><br>HANS-PETER WILD, an individual,<br><br>Third-Party Defendant. | **(2) NON-PARTIES WEIL & DRAGE, APC AND CHRISTINE DRAGE'S MOTION TO QUASH SUBPOENA DUCES TECUM ISSUED BY DEFENDANTS PONDER AND GUNN PURSUANT TO FRCP 45 OR, ALTERNATIVELY, MOTION FOR PROTECTIVE ORDER PURSUANT TO FRCP 26 AND LR 26-7 [ECF NO. 185] & NON-PARTIES WEIL & DRAGE, APC AND CHRISTINE DRAGE'S MOTION FOR SANCTIONS PURSUANT TO FRCP 45 [ECF NO. 186]**<br><br>[**FIRST REQUEST**] |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, defendant Michael H. Ponder and defendant/third-party plaintiff Lezlie Gunn (collectively "Defendants"), by and through their attorneys of record, the law firms MAIER GUTIERREZ & ASSOCIATES and HYMANSON AND HYMANSON; plaintiff Casun Invest, A.G. ("Plaintiff") and third-party defendant Dr. Hans-Peter Wild ("Dr. Wild"), by and through their attorneys of record, the law firm of KOLESAR & LEATHAM; and non-parties Weil & Drage, APC and Christine Drage ("Non-Parties"), by and through their attorneys of record, the law firm of WILEY PETERSEN, that the deadline for Defendants to file a reply to the responses [ECF Nos. 179 and 184] to Defendants' motion to compel [ECF No. 175], shall be continued up to and including May 20, 2019.

Additionally, Plaintiff, Dr. Wild, and Non-Parties, agree that Defendants' deadline to file a response to Non-Parties' motion to quash subpoena duces tecum or, in the alternative, motion for protective order and motion for sanctions [ECF Nos. 185 and 186], shall also be continued up to and including May 20, 2019.

///
///
///
///
///
///
///

2

The requested extension is necessary to allow the Defendants sufficient time to review and appropriately respond to the filed motions, as well as to consolidate the various response deadlines to avoid an overlapping briefing schedule. This is the parties' first request for an extension related to this briefing and is not intended to cause delay or prejudice to any party.

DATED this 9th day of May, 2019.

**MAIER GUTIERREZ & ASSOCIATES**

__/s/ Danielle J. Barraza_____
JASON R. MAIER, ESQ.
Nevada Bar No. 8557
JOSEPH A. GUTIERREZ, ESQ.
Nevada Bar No. 9046
DANIELLE J. BARRAZA, ESQ.
Nevada Bar No. 13822
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
*Attorneys for Defendant/Third-Party Plaintiff Lezlie Gunn and Defendants Michael H. Ponder and NVWS Properties LLC*

DATED this 9th day of May, 2019.

**KOLESAR & LEATHAM**

__/s/ Aaron R. Maurice_____
AARON R. MAURICE, ESQ.
Nevada Bar No. 6412
BRITTANY WOOD, ESQ.
Nevada Bar No. 7562
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
*Attorneys for Plaintiff Casun Invest, A.G. and Third-Party Defendant Dr. Hans-Peter Wild*

DATED this 9th day of May, 2019.

**WILEY PETERSEN**

__/s/ Jason M. Wiley_____
JASON M. WILEY, ESQ.
Nevada Bar No. 9274
RYAN S. PETERSEN, ESQ.
Nevada Bar No. 10715
1050 Indigo Drive, Suite 130
Las Vegas, Nevada 89145
*Attorneys for Weil & Drage, APC and Christine Drage*

**ORDER**

IT IS SO ORDERED.

DATED this 10th day of May, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

3