UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CASUN INVEST, A.G., <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL H. PONDER, *et al*., <br><br> Defendants. | Case No. 2:16-cv-02925-JCM-GWF <br><br> **ORDER** |

The Court having reviewed Defendants' Motion to Compel Production of Documents from Non-Parties Weil & Drage and Christine E. Drage Responsive to Subpoenas Duces Tecum (ECF No. 175), Motion to Extend the Dispositive Motion Deadline (ECF No. 176) and Oppositions (ECF Nos. 179 and 180) thereto, hereby orders that the dispositive motion deadline be reset to July 1, 2019. The Court will hereafter enter an order on the motions to compel and motion to quash subpoena. Accordingly,

**IT IS HEREBY ORDERED** that the dispositive motion deadline is reset to July 1, 2019.

Dated this 30th day of May, 2019.

GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE

1