PHILIP M. HYMANSON, ESQ.
Nevada Bar No. 2253
HENRY J. HYMANSON, ESQ.
Nevada Bar No. 14381
**HYMANSON & HYMANSON**
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
Telephone:      (702) 629-3300
Facsimile:      (702) 629-3332
Email:          phil@hymansonlawnv.com
                hank@hymansonlawnv.com

JASON R. MAIER, ESQ.
Nevada Bar No. 8557
JOSEPH A. GUTIERREZ, ESQ.
Nevada Bar No. 9046
DANIELLE J. BARRAZA, ESQ.
Nevada Bar No. 13822
**MAIER GUTIERREZ & ASSOCIATES**
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
Telephone:      (702) 629-7900
Facsimile:      (702) 629-7925
Email:          jrm@mgalaw.com
                jag@mgalaw.com
                djb@mgalaw.com

*Attorneys for Defendant/Third-Party Plaintiff*
*Lezlie Gunn and Defendants Michael H. Ponder*
*and NVWS Properties LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CASUN INVEST, A.G., a Swiss corporation, | Case No. 2:16-cv-02925-JCM-GWF |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE RE:** |
| vs. | |
| MICHAEL H. PONDER, and individual; LEZLIE GUNN, an individual; and NVWS PROPERTIES LLC, a Nevada limited liability company, | **(1) THIRD-PARTY DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [ECF NO. 197]** |
| Defendants. | |

| | |
|---|---|
| LEZLIE GUNN, an individual,<br><br>       Third-Party Plaintiff,<br><br>vs.<br><br>HANS-PETER WILD, an individual,<br><br>       Third-Party Defendant. | **(2) PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST DEFENDANT MICHAEL H. PONDER FOR BREACH OF FIDUCIARY DUTY [ECF NO. 198]**<br><br>**(3) DEFENDANTS MICHAEL H. PONDER AND NVWS PROPERTIES LLC AND DEFENDANT/THIRD-PARTY PLAINTIFF LEZLIE GUNN'S MOTION FOR PARTIAL SUMMARY JUDGMENT [ECF NO. 199]**<br><br>[**FIRST REQUEST**] |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, defendant Michael H. Ponder, defendant NVWS Properties LLC, and defendant/third-party plaintiff Lezlie Gunn (collectively "Defendants"), by and through their attorneys of record, the law firms MAIER GUTIERREZ & ASSOCIATES and HYMANSON AND HYMANSON; plaintiff Casun Invest, A.G. ("Plaintiff") and third-party defendant Dr. Hans-Peter Wild ("Third-Party Defendant"), by and through their attorneys of record, the law firm of KOLESAR & LEATHAM, that: (1) the deadline for Defendants to file responses to ECF Nos. 197 and 198 shall be continued through and including **August 2, 2019**; and (2) the deadline for Plaintiff and Third-Party Defendant to file responses to ECF No. 199 shall also be continued through and including **August 2, 2019**.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

The requested extension is necessary to allow the parties sufficient time to review and appropriately respond to the filed motions, as well as to accommodate various July 2019 travel schedules involving Defendants' counsel. This is the parties' first request for an extension related to this briefing and this brief extension is not intended to cause delay or prejudice to any party.

DATED this 16th day of July, 2019.

**MAIER GUTIERREZ & ASSOCIATES**

_/s/ Danielle J. Barraza_____
JASON R. MAIER, ESQ.
Nevada Bar No. 8557
JOSEPH A. GUTIERREZ, ESQ.
Nevada Bar No. 9046
DANIELLE J. BARRAZA, ESQ.
Nevada Bar No. 13822
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
*Attorneys for Defendant/Third-Party Plaintiff*
*Lezlie Gunn and Defendants Michael H.*
*Ponder and NVWS Properties LLC*

DATED this 16th day of July, 2019.

**KOLESAR & LEATHAM**

_/s/ Aaron R. Maurice_____
AARON R. MAURICE, ESQ.
Nevada Bar No. 6412
BRITTANY WOOD, ESQ.
Nevada Bar No. 7562
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
*Attorneys for Plaintiff Casun Invest, A.G. and*
*Third-Party Defendant Dr. Hans-Peter Wild*

## ORDER

IT IS SO ORDERED.

DATED this <u>17th</u> day of July, 2019.

_____
**UNITED STATES DISTRICT JUDGE**