1  AARON R. MAURICE, ESQ.
   Nevada Bar No. 006412
2  BRITTANY WOOD, ESQ.
   Nevada Bar No. 007562
3  **KOLESAR & LEATHAM**
   400 South Rampart Boulevard, Suite 400
4  Las Vegas, Nevada 89145
   Telephone: (702) 362-7800
5  Facsimile: (702) 362-9472
   E-Mail:   amaurice@klnevada.com
6           bwood@klnevada.com

7  Attorneys for Plaintiff, CASUN INVEST, A.G. and
   Third-Party Defendant, DR. HANS-PETER WILD
8

9  **UNITED STATES DISTRICT COURT**

10 **DISTRICT OF NEVADA**

11 * * *

| | |
|---|---|
| 12 CASUN INVEST, A.G., a Swiss corporation,<br>13             Plaintiff,<br>14   vs.<br>15 MICHAEL H. PONDER, an individual;<br>LEZLIE GUNN, an individual; and NVWS<br>16 PROPERTIES LLC, a Nevada limited liability company,<br>17<br>18             Defendants.<br>19 LEZLIE GUNN, an individual,<br>20             Third-Party Plaintiff,<br>21   vs.<br>22 HANS-PETER WILD, an individual,<br>23             Third-Party Defendant. | Case No. 2:16-cv-02925-JCM-GWF<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE RE:**<br><br>**(1) THIRD-PARTY DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [ECF NO. 197]**<br><br>**(2) PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST DEFENDANT MICHAEL H. PONDER FOR BREACH OF FIDUCIARY DUTY [ECF NO. 198]**<br><br>**(3) DEFENDANTS MICHAEL H. PONDER AND NVWS PROPERTIES LLC AND DEFENDANT/THIRD-PARTY PLAINTIFF LEZLIE GUNN'S MOTION FOR PARTIAL SUMMARY JUDGMENT [ECF NO. 199]**<br><br>**[SECOND REQUEST]** |

26     IT IS HEREBY STIPULATED AND AGREED, by and between the parties, defendant

27 Michael H. Ponder, defendant NVWS Properties LLC, and defendant/third-party plaintiff Lezlie

28 Gunn (collectively "Defendants"), by and through their attorneys of record, the law firms MAIER

1  GUTIERREZ & ASSOCIATES and HYMANSON AND HYMANSON; plaintiff Casun Invest, A.G. ("Plaintiff") and third-party defendant Dr. Hans-Peter Wild ("Third-Party Defendant"), by and through their attorneys of record, the law firm of KOLESAR & LEATHAM, that: (1) the deadline for Defendants to file responses to ECF Nos. 197 and 198 shall be continued through and including **August 9, 2019**; and (2) the deadline for Plaintiff and Third-Party Defendant to file responses to ECF No. 199 shall also be continued through and including **August 9, 2019**.

The requested extension is necessary to allow the parties sufficient time to review and appropriately respond to the filed motions, as well as to accommodate various July 2019 travel schedules involving Defendants' counsel and a death in the family of Plaintiff's counsel. This is the parties' second request for an extension related to this briefing and this brief extension is not intended to cause delay or prejudice to any party.

DATED this 31st day of July, 2019.                     DATED this 31st day of July, 2019.

**MAIER GUTIERREZ & ASSOCIATES**                       **KOLESAR & LEATHAM**

*/s/ Danielle J. Barraza*                              */s/ Aaron R. Maurice*
JASON R. MAIER, ESQ.                                   AARON R. MAURICE, ESQ.
Nevada Bar No. 8557                                    Nevada Bar No. 6412
JOSEPH A. GUTIERREZ, ESQ.                              BRITTANY WOOD, ESQ.
Nevada Bar No. 9046                                    Nevada Bar No. 7562
DANIELLE J. BARRAZA, ESQ.                              400 South Rampart Boulevard, Suite 400
Nevada Bar No. 13822                                   Las Vegas, Nevada 89145
8816 Spanish Ridge Avenue                              *Attorneys for Plaintiff, Casun Invest, A.G. and*
Las Vegas, Nevada 89148                                *Third-Party Defendant, Dr. Hans-Peter Wild*
*Attorneys for Defendant/Third-Party Plaintiff,*
*Lezlie Gunn and Defendants Michael H.*
*Ponder and NVWS Properties LLC*

**ORDER**

IT IS SO ORDERED.

DATED August 2, 2019.

_____
**UNITED STATES DISTRICT JUDGE**