1  PHILIP M. HYMANSON, ESQ.
   Nevada Bar No. 2253
2  HENRY J. HYMANSON, ESQ.
   Nevada Bar No. 14381
3  **HYMANSON & HYMANSON**
   8816 Spanish Ridge Avenue
4  Las Vegas, Nevada 89148
   Telephone:    (702) 629-3300
5  Facsimile:    (702) 629-3332
   Email:        phil@hymansonlawnv.com
6              hank@hymansonlawnv.com

7  JASON R. MAIER, ESQ.
   Nevada Bar No. 8557
8  JOSEPH A. GUTIERREZ, ESQ.
   Nevada Bar No. 9046
9  DANIELLE J. BARRAZA, ESQ.
   Nevada Bar No. 13822
10 **MAIER GUTIERREZ & ASSOCIATES**
   8816 Spanish Ridge Avenue
11 Las Vegas, Nevada 89148
   Telephone:    (702) 629-7900
12 Facsimile:    (702) 629-7925
   Email:        jrm@mgalaw.com
13             jag@mgalaw.com
               djb@mgalaw.com

*Attorneys for Defendant/Third-Party Plaintiff
Lezlie Gunn and Defendants Michael H. Ponder
and NVWS Properties LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CASUN INVEST, A.G., a Swiss corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL H. PONDER, and individual; LEZLIE GUNN, an individual; and NVWS PROPERTIES LLC, a Nevada limited liability company,<br><br>Defendants. | Case No. 2:16-cv-02925-JCM-EJY<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE RE: REPLY BRIEFS IN SUPPORT OF PENDING MOTIONS FOR SUMMARY JUDGMENT [ECF NOS. 197, 198, AND 199]**<br><br>**[THIRD REQUEST]** |

1

LEZLIE GUNN, an individual,

                Third-Party Plaintiff,

vs.

HANS-PETER WILD, an individual,

                Third-Party Defendant.

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, defendant Michael H. Ponder, defendant NVWS Properties LLC, and defendant/third-party plaintiff Lezlie Gunn (collectively "Defendants"), by and through their attorneys of record, the law firms MAIER GUTIERREZ & ASSOCIATES and HYMANSON AND HYMANSON; plaintiff Casun Invest, A.G. ("Plaintiff") and third-party defendant Hans-Peter Wild ("Third-Party Defendant"), by and through their attorneys of record, the law firm of KOLESAR & LEATHAM, that: (1) the deadline for Plaintiff and Third-Party Defendant to file reply briefs in support of ECF Nos. 197 and 198 shall be continued through and including **August 29, 2019**; and (2) the deadline for Defendants to file a reply brief in support of ECF No. 199 shall also be continued through and including **August 29, 2019**.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

2

The requested extension is necessary to allow the parties sufficient time to review and appropriately respond to the filed responses, as well as to accommodate a death in the family of Defendants' counsel. This is the parties' third request for an extension related to this briefing and this brief extension is not intended to cause delay or prejudice to any party.

| DATED this 22nd day of August, 2019. | DATED this 22nd day of August, 2019. |
|---|---|
| **MAIER GUTIERREZ & ASSOCIATES** | **KOLESAR & LEATHAM** |
| _/s/ Danielle J. Barraza_____ | _/s/ Aaron R. Maurice_____ |
| JASON R. MAIER, ESQ. | AARON R. MAURICE, ESQ. |
| Nevada Bar No. 8557 | Nevada Bar No. 6412 |
| JOSEPH A. GUTIERREZ, ESQ. | BRITTANY WOOD, ESQ. |
| Nevada Bar No. 9046 | Nevada Bar No. 7562 |
| DANIELLE J. BARRAZA, ESQ. | 400 South Rampart Boulevard, Suite 400 |
| Nevada Bar No. 13822 | Las Vegas, Nevada 89145 |
| 8816 Spanish Ridge Avenue | *Attorneys for Plaintiff Casun Invest, A.G. and Third-Party Defendant Dr. Hans-Peter Wild* |
| Las Vegas, Nevada 89148 | |
| *Attorneys for Defendant/Third-Party Plaintiff Lezlie Gunn and Defendants Michael H. Ponder and NVWS Properties LLC* | |

### **ORDER**

IT IS SO ORDERED.

DATED August 26, 2019.

_____
**UNITED STATES DISTRICT JUDGE**