AARON R. MAURICE, ESQ.
Nevada Bar No. 006412
BRITTANY WOOD, ESQ.
Nevada Bar No. 007562
**KOLESAR & LEATHAM**
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
E-Mail:    amaurice@klnevada.com
           bwood@klnevada.com

Attorneys for Plaintiff, CASUN INVEST, A.G.

<div style="text-align:center; writing-mode: vertical-rl;">

KOLESAR & LEATHAM
400 S. Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
TEL: (702) 362-7800 / FAX: (702) 362-9472

</div>

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CASUN INVEST, A.G., a Swiss corporation, | CASE NO.: 2:16-cv-02925-JCM-EJY |
| Plaintiff, | |
| vs. | |
| MICHAEL H. PONDER, an individual; LEZLIE GUNN, an individual; and NVWS PROPERTIES LLC, a Nevada limited liability company, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR PARTIES TO SUBMIT JOINT PRETRIAL ORDER AND ANY OTHER TRIAL-RELATED DEADLINES** |
| Defendants. | **(FIRST REQUEST)** |
| LEZLIE GUNN, an individual, | |
| Third-Party Plaintiff, | |
| vs. | |
| HANS-PETER WILD, an individual, | |
| Third-Party Defendant. | |

Plaintiff Casun Invest, A.G. ("Plaintiff") and Defendants Lezlie Gunn, Michael H. Ponder, and NVWS Properties LLC (collectively "Defendants"), by and through their respective undersigned counsel, pursuant to Local Rule 26-4, hereby stipulate to extend the deadline to

submit the Joint Pretrial Order and any other existing trial deadlines as follows:

WHEREAS, on January 6, 2020, the Court issued a decision on the dispositive motions filed by each of the parties [ECF No. 230];

WHEREAS, pursuant to LR 26-1(b)(5), the current deadline for submission of the Joint Pretrial Order is February 5, 2020 (thirty-days after the Court's decision on the dispositive motions);

WHEREAS, the parties agree to stipulate to extend the current deadline for the Joint Pretrial Order and any other trial-related deadline for 90 days;

WHEREAS, Plaintiff and Defendants believe it would serve the interests of judicial efficiency and economy to continue the deadline for the parties to submit the Pretrial Order and any other deadlines set in this matter so that the parties have sufficient time to prepare the Joint Pretrial Order and, where possible, limit disputed matters, coordinate witnesses and evidence, and simplify matters. In addition, Plaintiff's counsel has been out of the state dealing with a family medical emergency. Accordingly, good cause exists to continue such deadlines.

///

///

///

///

///

///

///

///

///

///

///

///

///

///

KOLESAR & LEATHAM
400 S. Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
TEL: (702) 362-7800 / FAX: (702) 362-9472

IT IS ACCORDINGLY STIPULATED, by and between the undersigned counsel for the parties that the Joint Pretrial Order will be due on **Tuesday May 5, 2020** and that any other trial-related deadlines will be correspondingly continued for **90 days**.

DATED this 23rd day of January, 2020.

DATED this 23rd day of January, 2020.

By */s/ Aaron R. Maurice*
**KOLESAR & LEATHAM**
AARON R. MAURICE, ESQ.
Nevada Bar No. 006412
BRITTANY WOOD, ESQ.
Nevada Bar No. 007562
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145

Attorneys for Plaintiff, CASUN INVEST, A.G.

By */s/Teddy T. Davis*
**BREMER WHYTE BROWN & O'MEARA LLP**
Anthony T. Garasi, Esq.
Elizabeth M. Deane, Esq.
1160 N. Town Center Drive, Suite 250
Las Vegas, Nevada 89144

**THOMAS VOGELE & ASSOCIATES, APC**
Thomas A. Vogele, Esq.
Teddy T. Davis, Esq.
3199 Airport Loop Drive, Suite A3
Costa Mesa, California 92626

*Attorneys for Defendants*

## ORDER

IT IS SO ORDERED.

Dated this 29th day of January, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

KOLESAR & LEATHAM
400 S. Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
TEL: (702) 362-7800 / FAX: (702) 362-9472