Thomas A. Vogele, Esq. (Pro Hac Vice)
Timothy M. Kowal, Esq. (Pro Hac Vice)
Teddy T. Davis, Esq. (Pro Hac Vice)
THOMAS VOGELE & ASSOCIATES, APC
129 W. Wilson Street, Suite 200
Costa Mesa, California 92627
Telephone: (714) 641-1232
Facsimile: (888) 391-4105
Email: tvogele@tvalaw.com

ANTHONY T. GARASI, ESQ.
Nevada State Bar No. 11134
ELIZABETH M. DEANE, ESQ.
Nevada State Bar No. 13600
BREMER WHYTE BROWN & O'MEARA LLP
1160 N. TOWN CENTER DRIVE
SUITE 250
LAS VEGAS, NV 89144
TELEPHONE: (702) 258-6665
FACSIMILE:  (702) 258-6662
agarasi@bremerwhyte.com
edeane@bremrewhyte.com

Attorney for Defendants
NVWS Properties, LLC., Michael H. Ponder,
and plaintiff Lezlie J. Gunn

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEV ADA

| | |
|---|---|
| CASUN INVEST, A.G., a Swiss corporation, | Case No. 2:16-CV-02925-JCM-GWF |
| Plaintiff, | Assigned for all purposes to Hon. James C. Mahan |
| vs. | |
| MICHAEL H. PONDER, an individual; LEZLIE GUNN, an individual; and NVWS PROPERTIES LLC, a Nevada limited liability company, | **STIPULATION AND ORDER TO CONTINUE TRIAL** |
| Defendant. | |

Come now, Defendants MICHAEL H. PONDER, LEZLIE GUNN, and NVWS PROPERTIES LLC by and through their attorneys of record, Anthony T. Garasi, Esq. and Elizabeth M. Deane, Esq. of the law firm of BREMER, WHYTE, BROWN & O'MEARA, LLP and Thomas A. Vogele, Esq., Timothy M. Kowal, Esq. and Teddy T. Davis, Esq. of the law firm of

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV  89144
(702) 258-6665

3354.671 4853-0951-8290.1

1  THOMAS VOGELE & ASSOCIATES, APC, and Plaintiff CASUN INVEST, A.G. by and through
2  its attorneys of record, Aaron Maurice, Esq. and Brittany Wood, Esq. with the law firm of
3  MAURICE WOOD, and all hereby stipulate as follows:

## I.

## **STIPULATION**

IT IS HEREBY STIPULATED by and between the parties, as per the Court's request due to the recent spike in COVID-19 cases and the fact that the Court is not holding Trials at this time based thereon, that the parties agree to continue Trial in this case to a date and time that is convenient for the Court, ***not before September 1, 2021***. All parties served with trial subpoenas shall be under a continuing obligation to appear for the rescheduled trial.

Dated this 18th day of November, 2020            Dated this 18th day of November, 2020

MAURICE WOOD                                    THOMAS VOGELE & ASSOCIATES, APC

/s/ Brittany Wood                               /s/ Teddy T. Davis
Aaron R. Maurice, ESQ.                          Thomas A. Vogele, Esq.
Nevada Bar No. 6412                             *Admitted Pro Hac Vice*
Brittany Wood, Esq.                             Timothy M. Kowal, Esq.
Nevada Bar No. 7562                             *Admitted Pro Hac Vice*
9525 Hillwood Drive, Suite 140                  Teddy T. Davis, Esq.
Las Vegas, NV 89134                             *Admitted Pro Hac Vice*
Attorneys for Plaintiff                         129 W. Wilson Street, Suite 200
                                                Costa Mesa, CA 92627
                                                Attorneys for Defendants

Dated this 18th day of November, 2020

BREMER WHYTE BROWN & O'MEARA

/s/ Elizabeth M. Deane

Anthony T. Garasi, Esq.
Nevada Bar No. 11134
Elizabeth M. Deane, Esq.
Nevada Bar No. 13600
1160 N. Town Center Dr., Suite 250
Las Vegas, NV 89144
Attorneys for Defendants

BREMER WHYTE BROWN &
O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

2

3354.671  4853-0951-8290.1

## II.

## ORDER

IT IS HEREBY ORDERED THAT the foregoing stipulation is hereby entered as an Order of the Court.

IT IS HEREBY FURTHER ORDERED THAT the Bench Trial date is to be set on ~~or after~~ September 27, 2021 at 9:00 a.m.

IT IS HEREBY FURTHER ORDERED THAT the Calendar Call Hearing will now take place on September 22, 2021 at 1:30 p.m.

IT IS HEREBY FURTHER ORDERED THAT all parties served with trial subpoenas shall be under a continuing obligation to appear for the rescheduled trial.

**IT IS SO ORDERED:**

_/s/ James C. Mahan_
**UNITED STATES DISTRICT JUDGE**

Dated: November 20, 2020

Respectfully submitted by:

BREMER WHYTE BROWN & O'MEARA

/s/ Elizabeth M. Deane
_____
Anthony T. Garasi, Esq.
Nevada Bar No. 11134
Elizabeth M. Deane, Esq.
Nevada Bar No. 13600
1160 N. Town Center Dr., Suite 250
Las Vegas, NV 89144

Attorneys for Defendants

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

3

3354.671 4853-0951-8290.1