UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CASUN INVEST, A.G., | Case No. 2:16-CV-2925 JCM (EJY) |
| Plaintiff(s), | ORDER ON MANDATE |
| v. | |
| MICHAEL H. PONDER, et al., | |
| Defendant(s). | |

On July 22, 2022, following a bench trial, this court entered judgment in favor of plaintiff Casun Invest, A.G. (ECF No. 293). On January 20, 2023, this court granted plaintiff's motion to retax costs. (ECF No. 308). Defendants Michael Ponder, Lezlie Gunn, and NVWS Properties LLC (collectively "defendants") appealed the judgment and order. (ECF Nos. 295; 297; 309).

On October 15, 2024, the Ninth Circuit affirmed this court's judgment and reversed this court's order granting plaintiff's motion to retax costs. (ECF No. 311). The court's mandate issued on November 6, 2024. (ECF No. 312). The Ninth Circuit remanded with instructions for this court to provide that each party shall bear their own costs. (ECF No. 311).

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the mandate be spread upon the records of this court.

IT IS FURTHER ORDERED that this court's order granting plaintiff's motion to retax costs (ECF No. 308) be, and the same hereby is, VACATED.

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1  IT IS FURTHER ORDERED that each party shall bear their own costs.

2  DATED February 24, 2025.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -